UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY S. WHITE, JR., )
                          )
       Plaintiff, )
                          )     Civil Action No. 1:19-cv-02865 (UNA)
v. )
                          )
UNITED STATES GOVERNMENT, )
                          )
       Defendant. )

**FILED** OCT 3 1 2019
Clerk, U.S. District and Bankruptcy Courts

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* ("IFP"). The Court will grant plaintiff's application to proceed IFP and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

Plaintiff, a resident of Baltimore, Maryland, sues the "United States Government." This suit is similar if not identical to another matter recently filed in this Court, namely, *White v. U.S. Government*, No. 19-mc-00154 (UNA). In that matter, plaintiff requested to seal certain information, and such request was denied on September 11, 2019, *see* ECF No. 1. Plaintiff now attempts to refile this case on the public record. Nonetheless, the complaint, as drafted, cannot survive dismissal.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the Court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d

1

661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that defendant has committed identify theft against him, through "continued unlawful harassment, starvation, destruction of property, stalking, creating a state of bodily harm and ass[a]ult[,]" forcing him to "commit acts unlawfully and legally" and further forcing him into "homelessness and the inability to maintain a healthy sense of menta[l] health." The accompanying civil cover sheet styles this suit as an antitrust action.

The ambiguous allegations comprising the complaint fail to provide adequate notice of a claim. The causes of action and specific alleged wrongdoing committed by the defendant are undefined. The pleading also fails to set forth allegations with respect to this Court's jurisdiction, or a valid basis for an award of damages. In fact, it is unclear what actual damages, if any, plaintiff claims. Therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: October 31, 2019

United States District Judge
CHRISTOPHER R. COOPER
United States District Judge